UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DTX ENERGY CAPITAL, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> AMEGY BANK OF TEXAS, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br><br> 3:19-CV-1478-G (BH) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the U.S. Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Defendant's Rule 12(b)(5) and 12(b)(6) motion to dismiss plaintiff's complaint, filed June 27, 2019 (docket entry 6), is **GRANTED** in part, and plaintiff's claims will be **DISMISSED** without prejudice by separate judgment.

**SO ORDERED**.

November 7, 2019.

*A. Joe Fish*
A. JOE FISH
**Senior United States District Judge**